**STATE of Missouri, Plaintiff-Respondent,**

v.

**Perry GREEN, Defendant-Appellant.**

No. 50420.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 27, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 1986.

---

**34**

James S. McKay, Sp. Public Defender, St. Louis, for defendant-appellant.

Lee Allison Bonine, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM:

Defendant, Perry Green, was convicted of first-degree robbery and first-degree tampering in the 22nd Circuit Court, St. Louis City, Daniel T. Tillman, Judge. Defendant appeals his convictions and concurrent sentences of ten years total imprisonment. A written opinion would serve no jurisprudential purpose. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).